AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

SOUTHERN District of CALIFORNIA

**FILED**
DEC 19 2014
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES | |
|---|---|
| Plaintiff(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| JORGE ARMANDO ROJAS-ARRIAGA | CASE NUMBER: 3:14-CR-03324-BEN-GT |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, **JORGE ARMANDO ROJAS-ARRIAGA** substitutes
(Party(s) Name)

**ROGELIO V. MORALES**, State Bar No. **270706** as counsel of record in
(Name of New Attorney)

place of **CAITLIN HOWARD**
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LAW OFFICE OF ROGELIO V. MORALES
Address: 11801 PIERCE STREET, SUITE 200
Telephone: (951) 710-3039       Facsimile (951) 710-3001
E-Mail (Optional): ROGELIOLAW0311@GMAIL.COM

I consent to the above substitution.
Date: 12/19/14
_Jorge Rojas_
(Signature of Party(s))

I consent to being substituted.
Date: 12-18-2014
_Caitlin Howard_
(Signature of Former Attorney(s))

I consent to the above substitution.
Date: 12-18-2014
_[signature]_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 12/19/14
_[signature]_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]